No. 589, Misc. IN RE LEWIS ET AL. Supreme Court of Louisiana. Certiorari denied. Motion for leave to file

petition for writs of mandamus and prohibition also denied.